IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:13cr37-MHT |
| **BRYANT FRAZIER** | ) | (WO) |

OPINION AND ORDER

This cause is before the court on defendant Bryant Frazier's motion to continue made on July 24, 2013. The government does not oppose Frazier's request. For the reasons set forth below, the court finds that jury selection and trial, now set for August 5, 2013, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an

>     offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "[w]hether the case is so unusual or so complex ... that it is unreasonable to expect adequate preparation" without granting a continuance. § 3161(h)(7)(B)(ii).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Frazier in a speedy trial. Frazier, through counsel, has represented that he has

2

applied for pretrial diversion and additional time is needed for the government and the United States Probation Office to review the request. A continuance should be granted to allow the pretrial diversion application process to proceed.

***

Accordingly, it is ORDERED as follows:

(1) Defendant Bryant Frazier's motion for continuance (Doc. No. 15) is granted.

(2) The jury selection and trial, now set for August 5, 2013, are reset for December 16, 2013, at 10:00 a.m., at the federal courthouse in Opelika, Alabama.

DONE, this the 25th day of July, 2013.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE